IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS , *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Thomas Toma, Glen Kaneshige, Eric Hashizume, George Ehara, Paul C.K. Chang, Ronald Taketa, Kyle Chock, Shayne Chung, Keith Hirota, Mitchell Tynanes and Lance Yoshimura; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Sheri Mau, Ron Taketa, Kyle Chock, Justin Kochi, Leonard Hoshijo and Mitchell Tynanes; *Vacation & Holiday Fund by its trustees* Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowald, Lani Smithson, Roy Morioka, Lance Yoshimura, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Alfred DelaCruz, Paul Chang and Shayne Chung; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Steven Hidano, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Lance Yoshimura, Shayne Chung, Sean Newcamp, Kyle Chock, Paul Chang and Mitchell Tynanes; *Financial Security Fund by its trustees* Gordon Scruton, Conrad | CIVIL NO. 14-00013 DKW-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

Murashige, Kenneth Sakurai, Wesley )
Mikuni, Alan Shintani, Kenneth )
Spence, Eric Tessem, Kyle Chock, )
Ronald Taketa, Shayne Chung, )
Lance Yoshimura, Paul Chang, Sean )
Newcamp and Mark Luna; *Drywall* )
*Training Fund by its trustees* Vince )
Nihipali, Sr., Lito Alcantra, Bert )
Beaman, Mike Goodnight, Kevin )
Respecki, Sean Newcamp, Mark )
Gaspar, Edmund Aczon, David )
Samson and Ivan Lay; *401-K Fund* )
*by its trustees* Gordon Scruton, )
Conrad Murashige, Kenneth Sakurai, )
Wesley Mikuni, Alan Shintani, )
Kenneth Spence, Eric Tessem, Kyle )
Chock, Ronald Taketa, Paul Chang, )
Lance Yoshimura, Shayne Chung, )
Sean Newcamp and Mark Luna, )
                                         )
        Plaintiffs,               )
                                         )
    vs.                       )
                                         )
B & A BUILDERS, INC.; JOHN )
DOES 1-100; JANE DOES 1-100; )
DOE CORPORATIONS 1-100; DOE )
PARTNERSHIPS 1-100; DOE )
ENTITIES 1-100; DOE )
GOVERNMENTAL UNITS 1-100 )
                                         )
        Defendants.       )
_____ )

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 06, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Enter Default Judgment and Award Damages Against Defendant B & A Builders, Inc." are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: June 24, 2014, Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

Hawaii Carpenters Trust Funds, et. al. v. B&A Builders, Inc. et. al.;
Cv No. 14-00013 DKW KSC; ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION